734 A.2d 1280

COMMONWEALTH of Pennsylvania, Appellant,

v.

Timothy Paul FLANDERS, Appellee.

Supreme Court of Pennsylvania.

Submitted Aug. 9, 1999.

Decided Sept. 8, 1999.

Joseph P. Conti, Marshall J. Piccinini, Erie, Robert A. Graci, Harrisburg, for Com.

James A. Pitonyak, Joseph P. Burt, Erie, for Timothy Paul Flanders.

Karl Baker, Philadelphia, Gary Neil Asteak, Easton, for Amicus-Public Defenders Ass'n.

Stefan Presser, Philadelphia, for Amicus-ACLU.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## ORDER

PER CURIAM.

Based upon our disposition in *Commonwealth v. Williams,* 557 Pa. 285, 733 A.2d 593 (1999), we affirm the Order of the Erie County Court of Common Pleas dated April 3, 1998.